# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1956

_____

Andrew L. Gore,

        Appellant,

v.

Trans World Airlines, Inc., a
Delaware Corporation; Thomas J.
Clossick; James Nass; Harold
Smallwood; Kenneth Gabriel; Rollin
O. Parker,

        Appellees.

\* Appeal from the United States
\* District Court for the
\* Western District of Missouri.
\*
\* [UNPUBLISHED]

_____

Submitted: October 7, 1998
Filed: October 15, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

    Andrew Gore appeals from the district court's[1] adverse grant of summary judgment in this civil action raising claims under 42 U.S.C. § 1983 and state law. We have carefully reviewed the records and the parties' briefs, and conclude that the

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

district court did not err.  Accordingly, we affirm the judgment of the district court for the reasons set forth in its opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.